Gregory G. Spaulding, Esq. (SB# 106606)
Terry S. Sterling, Esq. (SB# 106379)
SPAULDING McCULLOUGH & TANSIL LLP
3550 Round Barn Boulevard, Suite 306
P.O. Box 1867
Santa Rosa, CA 95402
Telephone:   (707) 524-1900
Facsimile:   (707) 524-1906

Attorneys for Defendant COUNTY OF SONOMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GAIL IRWIN, surviving spouse heir-at-law and personal representative of William Martin Irwin, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, and DOES 1-20,<br><br>Defendants, | Case No.: C 06-02356 CW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L. R. 16-8(b) and ADR L. R. 3-5(b):

The parties agree to participate in the following ADR process:

Early Neutral Evaluation (ENE) (ADR L. R. 5).

The parties agree to hold the ADR session by the presumptive deadline.

DATED: August 18, 2006         LAW OFFICES OF RICHARD SAX
                               Attorneys for Plaintiff BETTY GAIL IRWIN


                               By: /s/ Richard Sax
                                   Richard Sax


DATED: August 18, 2006         SPAULDING McCULLOUGH & TANSIL LLP
                               Attorneys for Defendant COUNTY OF SONOMA


                               By: /s/ Terry S. Sterling
                                   Terry S. Sterling

1

1  [~~PROPOSED~~ ORDER]

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral
3  Evaluation (ENE).
4  Deadline for ADR session: 90 days from the date of this order.

6  IT IS SO ORDERED.

8  DATED: __9/1__, 2006

*[signature: Claudia Wilken]*

UNITED STATES ~~MAGISTRATE~~ JUDGE

2

PROOF OF SERVICE

I declare that:

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is: P. O. Box 1867, Santa Rosa, CA 95402.

On August 18, 2006, I caused the following document to be served by delivering as noted below:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

( X )   BY MAIL    I caused each such envelope to be served by sealing and depositing with the United States Postal Service, with postage thereon fully prepaid, at Santa Rosa, California, addressed as follows:

Richard Sax, Esq.
Mark P. Polland, Esq.
Law Offices of Richard Sax
448 Sebastopol Avenue
Santa Rosa, CA 95401
Tel: (707) 525-1824
Fax: (707) 525-8119
rsaxmp@pacbell.net
Attorneys for Plaintiff Betty Gail Irwin

( )   BY OVERNIGHT MAIL  I caused each such envelope to be served by an overnight delivery service.

( )   BY PERSONAL SERVICE I caused each such envelope to be delivered by hand and leaving a true copy with the person and/or secretary at the address(es) noted below.

( X )   BY FACSIMILE  I caused the said document to be transmitted by Facsimile machine to the number indicated after the address noted below.

ADR Program
United States District Court
Central District of California – Western Division
450 Golden Gate Avenue, 16th Floor
Room 16-6892
San Francisco, CA
adr@cand.uscourts.gov
Fax: (415) 522-4112

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 18, 2006, at Santa Rosa, California.

Jana B. Rabune

1
PROOF OF SERVICE