Gregory G. Spaulding, Esq. (SB# 106606)
Terry S. Sterling, Esq. (SB# 106379)
SPAULDING McCULLOUGH & TANSIL LLP
3550 Round Barn Boulevard, Suite 306
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:      (707) 524-1906

Attorneys for Defendant COUNTY OF SONOMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GAIL IRWIN, surviving spouse heir-at-law and personal representative of William Martin Irwin, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, and DOES 1-20,<br><br>Defendants, | Case No.:  C 06-02356 CW<br><br>STIPULATION AND ORDER CONTINUING DEADLINE FOR ENE |

This Stipulation is entered into by and between plaintiff BETTY GAIL IRWIN and defendant COUNTY OF SONOMA with reference to the following facts:

At the September 8, 2006 Case Management Conference before the Honorable Claudia Wilkins, plaintiff's counsel advised the Court that new defendants were going to be added to this case.  Although Judge Wilkins set a November 30, 2006 deadline for the parties to conduct Early Neutral Evaluation, she advised counsel that the parties could request a continuance of that deadline by stipulation, if new parties were added.

Plaintiff has submitted to this Court a Stipulation and Order Substituting Parties, seeking leave to substitute California Forensic Medical Group and Sutter Medical Center as defendants, in place of Does 1 and 2.  Assuming that the Court approves the Stipulation, the new parties will need to be served, to appear, to join in the stipulation for ADR and to make their Initial Disclosures before a productive Early Neutral Evaluation can be held.  For that reason, counsel for the parties

1  agree that the November 30, 2006 deadline for Early Neutral Evaluation should be continued for 90
2  days.
3       IT IS HEREBY STIPULATED by and between the parties hereto that the November 30,
4  2006 deadline for Early Neutral Evaluation should be continued to February 28, 2007.

5  DATED:  September 21, 2006　　　　　　　LAW OFFICES OF RICHARD SAX
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff BETTY GAIL IRWIN

7  　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Richard Sax
　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard Sax

9  DATED:  September 21, 2006　　　　　　　SPAULDING McCULLOUGH & TANSIL LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant COUNTY OF SONOMA

11 　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Terry S. Sterling
　　　　　　　　　　　　　　　　　　　　　　　　　　　Terry S. Sterling

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR ENE　　　　CASE NO. 06-2356 CW

ORDER

1  
2     This Court, having read and considered the Stipulation set forth above, and good cause
3  appearing therefore,
4     IT IS HEREBY ORDERED that the November 30, 2006 deadline for Early Neutral
5  Evaluation is continued to February 28, 2007.

6          9/27                                           /s/  CLAUDIA WILKEN
7  DATED: _____, 2006         _____
                                   UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR ENE          CASE NO. 06-2356 CW