Richard Sax, Esq. SBN 80632 Richard@rsaxlaw.com
Mark P. Polland, Esq. SBN 193347 Mark@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119
Attorneys for Plaintiff,
Betty Gail Owen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GAIL IRWIN, surviving spouse heir-at-law and personal representative of William Martin Irwin, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, and DOES 1-20,<br><br>Defendants. | Case No. C 06-02356 CW<br><br>**STIPULATION AND ORDER SUBSTITUTING PARTIES** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their attorneys of record, that plaintiff Betty Gail Irwin may add California Forensic Medical Group as a defendant, substituting for Doe 1 in this action, and Sutter Medical Center of Santa Rosa—Chanate Campus as a defendant, substituting for Doe 2 in this action.

Dated: September 19, 2006

_____
Terry Sterling, Esq., Attorney for Defendant,
County of Sonoma

1

Dated: September __19__, 2006

_____
Richard Sax, Esq., Attorney for Plaintiff,
Betty Gail Irwin

## ORDER

LEAVE TO AMEND IS DENIED. SEE LOCAL RULE 10-1.

IT IS SO ORDERED:

Dated: September __9/27__, 2006

_____
Honorable Claudia Wilken,
United States District Judge

2