Richard Sax, Esq. SBN 80632 *Richard@rsaxlaw.com*
Mark P. Polland, Esq. SBN 193347 *Mark@rsaxlaw.com*
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA  95401
Telephone:  (707) 525-1824
Facsimile:  (707) 525-8119
Attorneys for Plaintiff,
Betty Gail Owen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GAIL IRWIN, surviving spouse heir-at-law and personal representative of William Martin Irwin, deceased,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF SONOMA, and DOES 1-20,<br><br>Defendants. | Case No. C 06-02356 CW<br><br>**STIPULATION AND ORDER SUBSTITUTING PARTIES** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their attorneys of record, that plaintiff Betty Gail Irwin may add California Forensic Medical Group, Inc., as a defendant, substituting for Doe 1 in this action, and Sutter Medical Center of Santa Rosa as a defendant, substituting for Doe 2 in this action.

Dated:  October 4, 2006        /S/ Terry S. Sterling
                               Terry Sterling, Esq., Attorney for Defendant,
                               County of Sonoma

Dated:  October 4, 2006        /S/  Richard Sax
                               Richard Sax, Esq., Attorney for Plaintiff,
                               Betty Gail Irwin

1

## ORDER

IT IS SO ORDERED:   Plaintiff may file an amended complaint to this effect.

Dated: October ___5___, 2006

*(signature: Claudia Wilken)*

Honorable Claudia Wilken,
United States District Judge