Richard Sax, Esq. SBN 80632 *Richard@rsaxlaw.com*
Mark P. Polland, Esq. SBN 193347 *Mark@rsaxlaw.com*
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119
Attorneys for Plaintiff,
Betty Gail Owen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GAIL IRWIN, surviving spouse heir-at-law and personal representative of William Martin Irwin, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, and DOES 1-20,<br><br>Defendants. | Case No. C 06-02356 CW<br><br>APPLICATION FOR ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT; ORDER THEREON |

Plaintiff Betty Gail Irwin hereby requests that the Court allow her to file a First Amended Complaint to amend her Complaint originally filed herein on April 4, 2006; and that such filing be allowed without hearing or notice as provided by California Code of Civil Procedure § 473.

Said amendment is necessary to correct a mistake in the names of two parties, as set forth in the attached declaration of Richard Sax.

Upon filing the Complaint herein, plaintiff being ignorant of the true name of two defendants, and having designated said defendants in the Complaint by a fictitious name, to-wit: DOE 1 and DOE 2, and having discovered the true names of

1

said defendants, plaintiff hereby amends her Complaint by inserting such true names in the place and stead of such fictitious names in the caption of the Complaint, and wherever else they appear in said Complaint.

DOE 1 is hereinafter to be California Forensic Medical Group, Incorporated, and DOE 2 is hereinafter to be Sutter Medical Center of Santa Rosa.

DATED: October 4, 2006

_____
RICHARD SAX,
Attorney for Plaintiff,
Betty Gail Irwin

### ORDER

Good Cause Appearing, it is hereby ordered that plaintiff be allowed to file the proposed First Amended Complaint, attached to the Declaration of Richard Sax in Support of Application for Order Allowing Plaintiff to File a First Amended Complaint.

Dated: October __5__, 2006

_____
Honorable Claudia Wilken,
United States District Judge

2

APPLICATION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT; ORDER THEREON
*Irwin v. County of Sonoma* Case No. C 06-02356 CW