Gregory G. Spaulding, Esq. (SB# 106606)
Terry S. Sterling, Esq. (SB# 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:      (707) 524-1900
Facsimile:       (707) 524-1906

Attorneys for Defendant COUNTY OF SONOMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GAIL IRWIN, surviving spouse heir-at-law and personal representative of William Martin Irwin, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, and DOES 1-20,<br><br>Defendants. | Case No.:  C 06-02356 CW<br><br>ORDER GRANTING AMENDED STIPULATION CONTINUING TRIAL AND PRETRIAL DATES |

This Stipulation is entered into by and among plaintiff BETTY GAIL IRWIN and defendants COUNTY OF SONOMA, CALIFORNIA FORENSIC MEDICAL GROUP, INC. and SUTTER MEDICAL CENTER OF SANTA ROSA with reference to the following facts:

At the September 8, 2006 Case Management Conference before the Honorable Claudia Wilken, plaintiff's counsel advised the Court that new defendants were going to be added to this case.  Although Judge Wilken set this case for trial on August 13, 2007 and scheduled discovery cutoffs and a number of other pretrial dates, she advised counsel that once the new defendants were added, if the parties believed that additional time was needed, they could request a continuance of the trial and other pretrial dates by stipulation.

On September 27, 2006, this Court approved plaintiff's Stipulation and Order Substituting Parties, substituting CALIFORNIA FORENSIC MEDICAL GROUP, INC. and SUTTER MEDICAL CENTER OF SANTA ROSA in place of Does 1 and 2, respectively.  On October 4,

2006, plaintiff filed her Amendment to Complaint, making those substitutions. On October 5, 2006, plaintiff filed an "Application for Order Allowing Plaintiff to File a First Amended Complaint; Order Thereon,: which was approved by the Court, and the Order thereon signed, on October 5, 2006. The First Amended Complaint was served and the new defendants filed their Answers to the First Amended Complaint on November 3, 2006 (CALIFORNIA FORENSIC MEDICAL GROUP, INC.) and November 9, 2006 (SUTTER MEDICAL CENTER OF SANTA ROSA).

Counsel for the parties have conferred and agree that in light of the addition of the two new parties, the dates that were set by this Court on September 8, 2006, as modified by this Court's September 27, 2006 Order, should be continued, with the exception of the September 22, 2006 deadline for adding new parties or claims, which deadline has already passed. Also, provision needs to be made for the newly added defendants to make their Initial Disclosures pursuant to FRCP 26 (plaintiff and COUNTY OF SONOMA made their Initial Disclosures in August, 2006, before the Case Management Conference).

IT IS HEREBY STIPULATED by and between the parties hereto that a deadline for CALIFORNIA FORENSIC MEDICAL GROUP, INC. and SUTTER MEDICAL CENTER OF SANTA ROSA to serve their Initial Disclosures shall be set, and the trial date and other dates set by this Court on September 8, 2006, as modified on September 27, 2006, shall be continued, as follows:

| | |
|---|---|
| Initial Disclosures of newly added defendants to be served by: | March 23, 2007 |
| ENE session to be held by: | Sept. 28, 2007 |
| Date of next Case Management Conference: | Oct. 26, 2007 |
| Completion of Fact Discovery: | Dec. 7, 2007 |
| Disclosure of indentities and reports of expert witnesses: | Dec. 7, 2007 |
| Completion of Expert Discovery: | Jan. 25, 2008 |
| All case-dispositive motions to be heard at 10:00 AM on or before: | Oct. 26, 2007 |
| Final Pretrial Conference at 1:30 pm on: | Feb. 22, 2008 |
| A 8 day Jury Trial will begin at 8:30 AM on: | March 3, 2008 |

1  DATED: January 25, 2007				LAW OFFICES OF RICHARD SAX
						Attorneys for Plaintiff BETTY GAIL IRWIN
2

3						By:  /s/ Richard Sax
						     Richard Sax
4
   DATED: January 25, 2007				SPAULDING McCULLOUGH & TANSIL LLP
5						Attorneys for Defendant COUNTY OF SONOMA

6
						By:  /s/ Terry S. Sterling
7						     Terry S. Sterling

8  DATED: January 25, 2007				TRIMBLE, SHERINIAN & VARANINI
						Attorneys for Defendant CALIFORNIA FORENSIC
9						MEDICAL GROUP, INC.

10
						By:  /s/ Jerome M. Varanini
11						     Jerome M. Varanini

12 DATED: January 25, 2007				LA FOLLETTE, JOHNSON, DE HAAS, FESLER &
						AMES
13						Attorneys for Defendant SUTTER MEDICAL
						CENTER OF SANTA ROSA
14

15						By:  /s/ Barry Vogel
						     Barry Vogel
16

17

18

19

20

21

22

23

24

25

26

27

28

3

1               ORDER

2        Pursuant to the Stipulation above, a deadline for CALIFORNIA FORENSIC MEDICAL

3  GROUP, INC. and SUTTER MEDICAL CENTER OF SANTA ROSA to serve their Initial

4  Disclosures shall be set, and the trial date and other dates set by this Court on September 8, 2006, as

5  modified on September 27, 2006, shall be continued, as follows:

6        Initial Disclosures of newly added defendants to be served by:        March 23, 2007

7        ENE session to be held by:                                             Sept. 28, 2007

8        Date of next Case Management Conference:                               Oct. 26, 2007

9        Completion of Fact Discovery:                                          Dec. 7, 2007

10       Disclosure of indentities and reports of expert witnesses:             Dec. 7, 2007

11       Completion of Expert Discovery:                                        Jan. 25, 2008

12       All case-dispositive motions to be heard at 10:00 AM on or before:     Oct. 26, 2007

13       Final Pretrial Conference at 1:30 pm on:                               Feb. 22, 2008

14       A 8 day Jury Trial will begin at 8:30 AM on:                           March 3, 2008

15  IT IS SO ORDERED.

16            2/1

17  DATED: _____, 2007        _____
                                          UNITED STATES DISTRICT JUDGE