1  BARRY VOGEL, STATE BAR NO. 108640
   CASIE ROUSSAS, STATE BAR NO. 236596
2  LA FOLLETTE, JOHNSON,
   DE HAAS, FESLER & AMES
3  655 University Avenue, Suite 119
   Sacramento, California 95825
4  Phone:      (916) 563-3100
   Facsimile:  (916) 565-3704
5
   Attorneys for Defendant,
6  Sutter Medical Center of Santa Rosa

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 BETTY GAIL IRWIN, surviving spouse)    CASE NO.  C 06 2356 CW
   heir-at-law and personal representative of)
12 William Martin Irwin, deceased,     )
                                       )   STIPULATION OF DISMISSAL
13              Plaintiff,             )
                                       )
14 v.                                  )
                                       )
15 COUNTY OF SONOMA; CALIFORNIA)
   FORENSIC MEDICAL GROUP,)
16 INCORPORATED; and SUTTER)
   MEDICAL CENTER OF SANTA ROSA,)
17                                     )
                Defendants.            )
18                                     )

19      IT IS HEREBY STIPULATED by and between the parties to this action through their

20 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

21 pursuant to Federal Rules of Civil Procedure 41 (a) (1), as to defendant Sutter Medical Center of

22 Santa Rosa, only. Each party to bear its own costs and fees.

23 Dated: July 5, 2007

24

25 _____
   Richard Sax
26 Attorney for Plaintiff
   BETTY GAIL IRWIN, surviving spouse
27 heir-at-law and personal representative
   of William Martin Irwin, deceased
28

---

STIPULATION OF DISMISSAL                                    CASE NO. C 06 2356 CW

Dated: June 1, 2007

*[signature: Casie Roussas]*

CASIE ROUSSAS
Attorneys for Defendant,
Sutter Medical Center of Santa Rosa

2

STIPULATION OF DISMISSAL              CASE NO C 06 2356 CW

1    Plaintiff and Defendant Sutter Medical Center of Santa Rosa filed their Stipulation of
2 Dismissal in this case on July 9, 2007.
3 IT IS HEREBY ORDERED:
4    Plaintiff's claims against Sutter Medical Center of Santa Rosa are hereby DISMISSED
5 WITH PREJUDICE.
6    Each party to bear its own costs. ~~Let~~ will judgment be entered accordingly with respect to
7 defendant Sutter Medical Center of Santa Rosa ~~only.~~ when the case is concluded. See FRCP 54.
8 Dated: 7/26/07

_____
Honorable Claudia Wilken
Judge of United States District Court
Northern District of California

RE: **IRWIN v. COUNTY OF SONOMA**
USDC NORTHERN DISTRICT No. C062356 CW

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SACRAMENTO     )

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 655 University Avenue, Suite 119, Sacramento, California 95825. I am employed in the City and County of Sacramento where this service occurs. I am over the age of 18 years and not a party to the within action. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On July 9, 2007, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATION OF DISMISSAL**

[ ]   **MAIL**: I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California to the offices of the addressee(s) listed below:

[ ]   **PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   **OVERNIGHT DELIVERY**: I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ ]   **BY FACSIMILE**: by transmitting by facsimile to the number(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[X]   **BY ELECTRONIC FILING:** I caused such document to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of electronic filing to Counsel:

| | |
|---|---|
| Richard Sax, Esq. | Gregory G. Spaulding, Esq. |
| Mark P. Pollard, Esq. | Terry S. Sterling, Esq. |
| LAW OFFICES OF RICHARD SAX | SPAULDING McCULLOUGH & TANSIL, LLP |
| 448 Sebastopol Avenue | 90 South E Street, Suite 200 |
| Santa Rosa, CA 95401 | P.O. Box 1867 |
| Facsimile: (707) 525-8119 | Santa Rosa, CA 95402 |
| Attorneys for Plaintiff | Facsimile: (707) 524-1906 |
| BETTY GAIL OWEN | Attorneys for Defendants |
| Richard@rsaxlaw.com | COUNTY OF SONOMA |
| | sterling@smlaw.com |

Jerome M. Varanini, Esq
TRIMBLE SHERINIAN &
VARANINI
2500 Ventura Oaks Way
P.O. Box 590
Sacramento, CA 95812
Telephone: (916) 444-8271
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP
varanin@earthlink.net

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed July 9, 2007, at Sacramento, California

_____
Alisha Dalton