```
 1  JEROME M. VARANINI, ESQ. (State Bar No. 58531)
    TRIMBLE, SHERINIAN & VARANINI
 2  2500 Venture Oaks Way, Suite 350 (95833)
    P.O. BOX 590
 3  SACRAMENTO, CA  95812-0590
    TELEPHONE:  (916) 444-8271
 4

 5  Attorney for Defendant
    California Forensic Medical Group, Inc.
 6
```

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GAIL IRWIN, surviving spouse heir-at-law and personal representative of WILLIAM MARTIN IRWIN, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED; and SUTTER MEDICAL CENTER OF SANTA ROSA,<br><br>    Defendants.<br>_____/ | CASE NO. C 06-02356 CW<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

The Court having received and accepted the stipulation by Plaintiff Betty Gail Irwin, individually and as surviving spouse and personal representative of William Martin Irwin, deceased, Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. and Defendant COUNTY OF SONOMA, requesting a dismissal of this matter with prejudice in its entirety, hereby orders this case dismissed with prejudice in its entirety. Said dismissal shall take effect immediately.

Dated: October 24, 2007

_____
HONORABLE CLAUDIA WILKEN,
UNITED STATES DISTRICT COURT

1